# OSBORN LAW P.C.

Daniel A. Osborn, Esq.            dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.            ltrust@osbornlawpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2023
```

September 11, 2023

**VIA ECF**

ENDORSEMENT: Application GRANTED. SO ORDERED.
Dated: September 12, 2023

*/s/ Stewart D. Aaron/*

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:    *Johnston v. Commissioner of Social Security*
               Civil Action No. 1:23-cv-05054-SDA

Dear Judge Aaron,

      We write on behalf of plaintiff, Maryjean Johnston, and with the consent of the defendant, to request an extension of time to serve plaintiff's motion for judgment on the pleadings per the Court's June 16, 2023 Standing Scheduling Order. Plaintiff's motion is due on September 14, 2023. This is the parties' first request for an extension. The reason for this request is that Plaintiff's counsel currently has ten Social Security briefs, oral argument, and a religious holiday within the next ten days.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

      a. Plaintiff to file her motion for judgment on the pleadings on or before **January 16, 2024**;

      b. Defendant to file its response/cross-motion on or before **March 17, 2024**; and

      c. Plaintiff to file her reply (if any) on or before **April 1, 2024.**

---

43 West 43rd Street, Suite 131     Telephone 212-725-9800     osbornlawpc.com
New York, New York 10036        Facsimile  212-500-5115     info@osbornlawpc.com

Honorable Stewart D. Aaron
September 11, 2023
Page Two

    Thank you for your consideration of this request.

    Respectfully submitted,

    s/Daniel A. Osborn
    Daniel A. Osborn
    OSBORN LAW, P.C.
    43 West 43rd Street, Suite 131
    New York, New York 10036
    Telephone:    212-725-9800
    Facsimile:    212-500-5115
    dosborn@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)